**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

**Rodney O. Scott,**

      **Plaintiff,**

**v.**                                      **Civil Case No.  2:17 CV-00176 RAJ/LAL**

**Michael L. Brewer, Chief of Police of**
      **Virginia Port Authority, et al.,**

      **Defendants.**

**MOTION TO QUASH SERVICE OF PROCESS**
**AND DISMISS COMPLAINT**

Defendant, International Longshoremen's Association Local 1624, AFL-CIO, by counsel and by special appearance without submitting to the jurisdiction of this Court, pursuant to Rules 4(m), 12(b)(2), (4) and (5) of the Federal Rules of Civil Procedure, moves this Honorable Court for an order (1) quashing service of process against it as insufficient, (2)  declaring the Court lacks personal jurisdiction over Defendant Local 1624; and (3) dismissing the Amended Complaint (Doc. 52) filed against Local 1624.  Local 1624's Memorandum in Support of its motion is attached.

*Rodney O. Scott v. Michael Brewer, Chief of Police of Virginia Port Authority*
Civil Case No.  2:17 CV-00176
Motion to Quash Service of Process and Motion to Dismiss
1

INTERNATIONAL LONGSHOREMEN'S
ASSOCIATION LOCAL 1624, AFL-CIO


*/s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile:  (757) 446-1438
*Counsel for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of January, 2018, I filed the foregoing document via

the Court's ECF system which will transmit a copy to the following counsel of record:


W. Marcus Scriven, Esquire
Scriven Law Office
One Columbus Center, Suite 600
Virginia Beach, VA  23462

Dean T. Buckius, Esquire
Vandeventer Black LP
World Trade Center
101 West Main Street, Suite 500
Norfolk, VA 23510


*Rodney O. Scott v. Michael Brewer, Chief of Police of Virginia Port Authority*
Civil Case No.  2:17 CV-00176
Motion to Quash Service of Process and Motion to Dismiss
2

Christian Parrish, Esquire
Assistant Attorney General
William Fiske
Assistant Attorney General
Office of the Attorney General
202 North 9th Street
Richmond, VA   23219

*/s/ Deborah C. Waters*
Deborah C. Waters, Esquire
Virginia State Bar # 28913
dwaters@waterslawva.com
Waters Law Firm, P.C.
Town Point Center Building, Suite 600
150 Boush Street
Norfolk, VA 23510
Telephone: (757) 446-1434
Facsimile:  (757) 446-1438
*Counsel for Plaintiff*

*Rodney O. Scott v. Michael Brewer, Chief of Police of Virginia Port Authority*
Civil Case No.  2:17 CV-00176
Motion to Quash Service of Process and Motion to Dismiss
3